UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY HANNAFORD,<br><br>                    Plaintiff,<br><br>     v.<br><br>M & R 2015 LLC,<br><br>                    Defendant. | Case No. C22-1391-LK<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Jeremy Hannaford has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 3.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 3) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Lauren King.

Dated this 3rd day of October, 2022.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1